FILED
2016 Feb-01 PM 03:50
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

FILED

2016 FEB -1  A 11: 24

U.S. DISTRICT COURT
N.D. OF ALABAMA

Inmate Identification Number: 287450

Kerry Jerome Wilson

(Enter above the full name of the plaintiff
in this action)

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Alabama Dept. of Corrections (Jeff Dunn - Commissioner)

St. Clair Co. (Circuit Clerk - Annette Manning Hall)

Talladega Co. (Jimmy Kilgore - Co. Sherriff)

CV-16-CO-0182-E

(Enter above full name(s) of the defendant(s)
in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes ( )        No (✓)

   B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff: _____

           Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement __ADOC Talladega__

   A. Is there a prisoner grievance procedure in this institution?
      Yes (✓)    No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes ( )    No (✓)

   C. If your answer is YES:

      1. What steps did you take? _____

      2. What was the result? _____

   D. If your answer is NO, explain why not: I am being housed At Talladega Co. Jail for DOC, every time I try to get anything legal done here the Jail personale tells me that I need to contact DOC that it is not their place to do anything about it and I have contacted DOC several times + they change my date by a month each time, but release date is still later date than suppose to be, this is why I am fileing suit Against DOC!

3

III. Parties.
In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Kerry Jerome Wilson

Address P.O. Box B Talladega County Jail
Talladega, AL 35161

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Jeff Dunn ADOC Commisioner

Is employed as Commisioner

at Alabama Dept. of Corrections

C. Additional Defendants Annette Manning Hall
Circuit Clerk St. Clair Co.
Jimmy Kilgore
Talladega Co. Sherriff

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I was sentenced 1 year + 1 day to recieve Any + ALL JAIL CREDIT of 145 DAys on Escape 3rd charge on May 5, 2015 in Judge Allen Furr circuit court St. Clair Co. I was sent here to ADOC Talladega on June 25, 2015 where Talladega Jail will not give us a time sheet. I got someone on the outside to check my release date on DOC Website + it shows that my release date was June 16, 2016 which is incorrect, so I wrote central records telling

4

them that my release date was wrong, I wrote them on Sept 18, 2015 with no response.

I wrote Annette Manning Hall (Circuit Clerk St. Clair Co) on Sept 21, 2015 telling her that my jail credit had not been applied, with no results! I wrote Judge Allen Furr and my court appointed lawyer (Gibson Holiday) on Oct 15, 2015 with NO RESULTS.

On Nov 4, 2015 I recieved papers from Annette Manning Hall (Co Clerk) stating that I had been given my Jail Credit of <u>145 DAYS</u>. On Dec 1, 2015 I had my release date check on website, it changed to May 6, 2016 which would still have me doing 16 months + 24 Days on 1 year + 1 day sentence.   (Which I still have for my Records)

On Dec 7, 2015 I sent a letter to DOC Central Record and <u>MS Burton</u> stamped my letter and wrote <u>DC12-221</u> is controlling sentence which is <u>wrong</u> DC12-221 was sentence that I completed on community correction Aug 22, 2013.

On Dec 18, 2015 I wrote Annette Manning Hall telling her that what central records had written on my letter and asked her to fix my transcript so I will be release on my correct date which had already passed (Correct Release Date 12/12/15) but I STILL haven't gotten a response!

On Jan 8, 2016 I wrote a Notarized letter to Judge Allen Furr and to my court appointed lawyer (Gibson Holiday) with NO RESULTS!

On Jan 15, 2016 I wrote Central Records (DOC) again with NO RESULTS!

On Jan 18, 2016 I wrote Annettee Manning Hall (St. Clair Co. Clerk) and my release date had changed to April 5, 2016, therefore they still have me doing <u>4 Months</u> too much time! With 30 DAYS JAIL CREDIT NOT the 145 DAYS that I was Given!

While I have been here at ADOC Talladega I have turned in four request forms to go to Law Library to do further research on my case which I have not got to go to Law Library here at ADOC Talladega!

I have all original Plea Agreement, Transcripts and Jail Credit Worksheets if you need copies for Proof!

Sentence of 1 Year + 1 DAy    StartDate May 5, 2015
MAy 5 to Dec 12 = 221         Jail Credit 145 DAys
Jail Credit Days = +145       Release Date Dec 12, 2015
              366 Days = 1 Year + 1 Day

V. **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I wish to be compensated for the additional time that I have served! Seeing that my release date has passed and ADOC is incompentent of correcting it!

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 27, 2016.

Kenny J. Wilson
SIGNATURE

ADDRESS Talladega Co. Jail

P.O. Box B

Talladega, AL 35161

AIS # 287450

From: [illegible]  AIS # [illegible]
Talladega County Jail
PO Box B
Talladega, AL 35161

"This correspondence is forwarded from Talladega County Jail. The contents have not been evaluated, and the Talladega County Jail is not responsible for the substance or content of the enclosed communication."



**SECURITY**

FEB 01 2016

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Clerk, United States District Court
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 - 5th Ave. North
Birmingham, Alabama 35203-2040